# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

John Hernandez

                    Plaintiff,

v.                                       Case No.: 1:22−cv−00109
                                                  Honorable Edmond E. Chang

Omnitracs, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 10, 2022:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 22, the motion [21] to stay, the motion [20] to dismiss, and the complaint, the motion [21] to stay is denied. Although Tims (addressing the statute of limitations) and Cothron (addressing how to count the number of BIPA violations) might very well impact the scope of the case, neither will wholesale knock out the entirety of the case. So the case shall proceed for now. The Plaintiff's response to the motion to dismiss is due on 06/06/2022. The defense reply is due on 06/20/2022. The tracking status hearing of 05/13/2022 is reset to 07/22/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.