# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN HERNANDEZ, on behalf of himself and all other persons similarly situated, known and unknown, | )<br>)<br>) |
| *Plaintiff,* | )<br>) Case No.: 22-CV-00109<br>) |
| v. | ) Hon. Sunil R. Harjani<br>)<br>) |
| OMNITRACS, LLC | )<br>) |
| *Defendant.* | )<br>) |

## DEFENDANT OMNITRACS, LLC'S
## JURISDICTIONAL MEMORANDUM

In response to the Court's March 31, 2024 Memorandum Opinion and Order (Dkt. 89), Defendant Omnitracs, LLC states that it has one member - Polaris Newco, LLC. Polaris Newco, LLC owns 100% of Omnitracs, LLC. Polaris Newco, LLC also has one member - Omnitracs Midco, LLC. Omnitracs Midco, LLC owns 100% of Polaris Newco, LLC. All of the above-referenced LLCs are Delaware LLCs, with their principal place of business in Westlake, Texas.

Dated: April 8, 2024

Respectfully Submitted,

O'HAGAN MEYER, LLC

By:    */s/ Matthew E. Szwajkowski*
Counsel for Defendant
OMNITRACS, LLC

Jamie L. Filipovic
Matthew E. Szwajkowski
O'Hagan Meyer, LLC
One East Wacker, Suite 3400
Chicago, IL 60601
(312) 422-6100/(312) 422-6110
jfilipovic@ohaganmeyer.com
mszwajkowski@ohaganmeyer.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this 8th day of April, 2024, the foregoing **DEFENDANT OMNITRACS, LLC'S JURISDICTIONAL MEMORANDUM** was filed electronically with the Clerk of Court using the Court's CM/ECF system, which delivered electronic notification of such filing to the following counsel of record:

David Fish
Mara Baltabols
Fish Potter Bolanos, P.C.
200 East 5th Avenue
Suite 123
Naperville, IL 60563

Douglas Werman
Bernard Scott
Werman Salas P.C.
77 W. Washington St.
Suite 1402
Chicago, IL 60602
*Attorneys for Plaintiff*

                                                          *s/ Matthew E. Szwajkowski*
                                                          Matthew E. Szwajkowski