IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN HERNANDEZ, *individually and on behalf of all others similarly situated*,<br><br>     Plaintiff,<br><br> v.<br><br>OMNITRACS, LLC,<br><br>     Defendant. | 1:22-cv-00109<br><br>Hon. Sunil R. Harjani<br><br>Mag. Judge Young B. Kim |

**PLAINTIFF'S MOTION TO DISMISS COMPLAINT *WITHOUT PREJUDICE* AND WITHDRAW HIS MOTION TO AMEND THE COMPLAINT (DKT. NOS. 118-119)**

NOW COMES the Plaintiff, by and through the undersigned counsel for leave to dismiss the complaint without prejudice and withdraw the motion to amend the complaint scheduled for September 3rd (Dkt. No. 118), and in support thereof states as follows:

1. Plaintiff seeks leave to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) (dismissal *without prejudice* after Defendant has filed an answer).

2. Defendant has disputed Plaintiff's use of the at-issue in-cab camera device, and Plaintiff's Counsel is currently unable to locate Plaintiff. As Plaintiff is due to supplement his individual discovery responses by September 6, 2024 (Dkt. No. 121), he will be unable to do so based upon the breakdown in communication. As a result, it is proper to dismiss the action without prejudice.

3. Additionally, Plaintiff has a motion to amend the complaint to add class representative that is scheduled for September 3, 2024. Dkt. Nos. 118-119. However, Plaintiff no longer wishes to proceed to amend based upon the dismissal. As such, if this Motion is granted, it will end Plaintiff's pursuit of this case.

4. Plaintiff has reached out to Defendant, and Defendant has yet to respond. Therefore, Plaintiff is filing this motion to dismiss *without prejudice* with leave of court pursuant to Fed. R. Civ. P. 41(a)(2) in lieu of an agreed stipulation.

WHEREFORE, Plaintiff requests leave to dismiss the complaint *without prejudice*, without costs, and to strike the Motion to Amend Complaint scheduled for September 3, 2024 (Dkt. Nos. 118-19).

Dated: August 30, 2024  Respectfully submitted,

By: /s/ Mara Baltabols
One of Plaintiff's Attorneys

David Fish
Mara Baltabols
WORKPLACE LAW PARTNERS, P.C.
155 N. Michigan Ave., Suite 719
Chicago, IL 60601
(312) 861-1800
dfish@fishlawfirm.com
mara@fishlawfirm.com

Douglas Werman
Werman Salas P.C.
77 W. Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008
dwerman@flsalaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, certifies that she filed and served the foregoing document via the Court's CM/ECF system, which will send notice of the filing to all counsel of record. Parties may access the filing through the Court's CM/ECF system.

/s/Mara Baltabols