UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

John Hernandez
                Plaintiff,

v.                                           Case No.: 1:22–cv–00109
                                                  Honorable Sunil R. Harjani

Omnitracs, LLC
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 30, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's motion to dismiss and withdraw motion [123] is granted. This case is hereby dismissed without prejudice pursuant to FRCP 41(a)(2) and without costs. All pending dates and deadlines are stricken. Plaintiff's motion for leave to amend [118] is moot. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.